JULIUS PENNACHIO, as Administrator of the Estate of HENRY PENNACHIO, Deceased, Appellant, *v.* JERSEY ICE CREAM COMPANY, INC., Respondent.

*Appeal — motion to dismiss denied.*

Reported below, 217 App. Div. 710.

(Submitted October 17, 1927; decided October 25, 1927.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 25, 1926, modifying a judgment in favor of defendant entered upon a verdict directed by the court so as to direct a dismissal of the complaint and as so modified unanimously affirming such judgment.

The motion was made upon the ground that permission to appeal had not been obtained.

*George B. Smith* for motion.

*Ernest P. Lyons* opposed.

Motion denied, with ten dollars costs.